UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:
ALICE PHILLIPS BELMONTE,　　　　　　　　　　NOTICE OF MOTION TO ADMIT
　　　　　　　　　　　　　　　　　　　　　　　　COUNSEL PRO HAC VICE

　　　　　　　　Alleged Debtor.　　　　　　　　Bankruptcy No. 8-12-76045 (AST)
-------------------------------------------------------x

In re:　　　　　　　　　　　　　　　　　　　　　Adversary No. 8-15-08156-ast

HAROLD D. JONES, Chapter 7 Trustee,
Plaintiff,

v.

CRAIG A. BRAND, AND,
THE BRAND LAW FIRM, P.A.,
Defendants.
-------------------------------------------------------x

　　　　PLEASE TAKE NOTICE that, upon the annexed affirmation of movant in support of this motion, on behalf of Craig A Brand, and The Brand Law Firm, P.A., applicant will move this Court before the Honorable Alan S. Trust at the United States Bankruptcy Court, located at 290 Federal Plaza, Central Islip, New York, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of new York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the Firm of The Brand Law Firm, P.A., and a member in good standing of the Bar of the State(s) of Florida and/or of the U.S. District Court for the Southern District of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

1

Respectfully submitted,

/S/ *Craig A. Brand, Esq.*

_____
Signature of Movant

Craig A. Brand, Esq.

_____
(Print or Type Name)

Dated: May 1, 2015

### ECF CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF System which will send a notice of electronic filing

<u>and</u>, **pursuant to Local Rule 9004-1, a paper copy of the foregoing marked "Chambers Copy" was mailed to the Clerk of Court, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, P. O. Box 9013, Central Islip, New York 11722-9013**.

/S/ *Craig A. Brand, Esq.*

_____
**Craig A. Brand, Esq.**
FBN: 896111
THE BRAND LAW FIRM, P.A.
GAI Building
618 E. South Street, Suite 500
Orlando, Florida 32801
Main Office and Fax Line. 877-407-2726 (VOIP Dual Line)
Tel. (305) 878-1477
Email: Craig@TheBrandLawFirm.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:
ALICE PHILLIPS BELMONTE,

                    Alleged Debtor.
------------------------------------------------------------x
In re:

HAROLD D. JONES, Chapter 7 Trustee,
Plaintiff,

v.

CRAIG A. BRAND, AND,
THE BRAND LAW FIRM, P.A.,
Defendants.
------------------------------------------------------------x

**AFFIRMATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Bankruptcy No. 8-12-76045 (AST)

Adversary No. 8-15-08156-ast

       Craig A Brand, Esq., an attorney duly admitted to practice law in the State of Florida, hereby affirms as follows under penalty of perjury:

1. I am a sole practitioner in the law firm of:

    Name: The Brand Law Firm, P.A.

    Address: 618 E. South Street, Suite 500, Orlando, Florida 32801

    Telephone No. (305) 878-1477

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above captioned matter on behalf of myself, personally, and on behalf of my law firm.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing in the Bar of the State of Florida and/or of the U.S. District Court for the Southern District of Florida.

1

(If no such certificates are annexed hereto, your affirmant will file the same with the Clerk of the Bankruptcy Court within 14 business days from the date hereof).

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, your affirmant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted,

/S/ *Craig A. Brand, Esq.*
_____
Signature of Movant

Craig A. Brand, Esq.
_____
(Print or Type Name)

Dated: May 1, 2015

## ECF CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF System which will send a notice of electronic filing

and, pursuant to Local Rule 9004-1, a paper copy of the foregoing marked "Chambers Copy" was mailed to the Clerk of Court, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, P. O. Box 9013, Central Islip, New York 11722-9013.

/S/ *Craig A. Brand, Esq.*
_____
**Craig A. Brand, Esq.**
FBN: 896111
THE BRAND LAW FIRM, P.A.
GAI Building
618 E. South Street, Suite 500
Orlando, Florida 32801

2

Main Office and Fax Line. 877-407-2726
(VOIP Dual Line)
Tel. (305) 878-1477
Email: Craig@TheBrandLawFirm.com



JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida  )

County of Leon  )

In Re:   896111
Craig Alan Brand
The Brand Law Firm, P.A.
3390 Mary St., Ste. 116
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 27, 1991.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 30th day of April, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/NM:ksw1:R10

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Craig Alan Brand**, Florida Bar # **896111**, was duly admitted to practice in this Court on **August 27, 1993**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on April 28, 2015

*Steven M. Larimore*
*Court Administrator • Clerk of Court*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:
ALICE PHILLIPS BELMONTE,

                    Alleged Debtor.                    Bankruptcy No. 8-12-76045 (AST)
------------------------------------------------------------x

In re:                                                                       Adversary No. 8-15-08156-ast

HAROLD D. JONES, Chapter 7 Trustee,
Plaintiff,

v.

CRAIG A. BRAND, AND,
THE BRAND LAW FIRM, P.A.,
Defendants.
------------------------------------------------------------x

### ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Craig A Brand, Esq., is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney, upon compliance with the directive in this Order, may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The above-named attorney is required to pay a $25.00 attorney admission fee to the United State District Court. Checks should be made payable to Clerk, U.S. District Court. Payment may be directed to the District Court Clerk's Office at 225 Cadman Plaza East, Brooklyn, New York 11201, or, 100 Federal Plaza, Central Islip, New York 11722. A copy of this Order should accompany payment, whether payment is made in person or by mail. **Payment is due within 14 business days of the date of this Order**.

1

The Clerk is directed to enter the above attorney's appearance as counsel in the above captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 14 business days of the date hereof.

Dated: Central Islip, New York

_____

Alan S. Trust, U.S. Bankruptcy Judge